IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



CASE NO. 4:13 - MJ -1010

UNITED STATES OF AMERICA )
)                                  ORDER FOR DISMISSAL
v.                          )                                  WITHOUT PREJUDICE
)
Morgan L. Clark           )
)

The GOVERNMENT moves for dismissal without prejudice of the captioned case
for the following reason: prosecatorial discretion.

SCOTT WISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be
dismissed without prejudice.

This the _17_ day of _April_, 2013.

United States Magistrate Judge